UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>IN RE: FRUIT JUICE MARKETING AND SALES PRACTICES
LITIGATION</u>

<u>CONSOLIDATED PLAINTIFFS,</u>
<u>ARLENE PATRICK, ET AL,</u>
         Plaintiffs
     v.                         MDL 11-2231-MAP
                             CA 10-12200-MAP
<u>DEL MONTE CORPORATION,</u>      CA 11-30107-MAP
<u>ET AL,</u>                                    CA 11-30108-MAP
        Defendants           CA 11-30112-MAP
                                      CA 11-30118-MAP
                                      CA 11-30120-MAP

**<u>JUDGMENT IN A CIVIL CASE</u>**

  <u>PONSOR,      </u>, D.J.

      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT OF DISMISSAL FOR ALL DEFENDANTS PURSUANT TO THE MEMORANDUM AND ORDER OF THE COURT ENTERED THIS DATE.**

                                                               SARAH A. THORNTON,
                                                              CLERK OF COURT

Dated:<u>  12/21/2011    </u>                                   By <u> /s/John C. Stuckenbruck          </u>
                                                                    Deputy Clerk