UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: FRUIT JUICE MARKETING AND SALES PRACTICES
LITIGATION

CONSOLIDATED PLAINTIFFS,
ARLENE PATRICK, ET AL,
        Plaintiffs
      v.

DEL MONTE CORPORATION,
ET AL,
        Defendants

MDL 11-2231-MAP
CA 10-12200-MAP
CA 11-30107-MAP
CA 11-30108-MAP
CA 11-30112-MAP
CA 11-30118-MAP
CA 11-30120-MAP

## JUDGMENT IN A CIVIL CASE

PONSOR, , D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT OF DISMISSAL FOR ALL DEFENDANTS PURSUANT TO THE MEMORANDUM AND ORDER OF THE COURT ENTERED THIS DATE.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 12/21/2011        By /s/John C. Stuckenbruck
                                                        Deputy Clerk